UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,　　　　　　Case No. 6:17-cv-00735-GAP-DCI

　　　　Plaintiff,

v.

DOLGENCORP, LLC, a Foreign Limited Liability Company,

　　　　Defendant.
_____/

## REPORT ON MEDIATION/ SETTLEMENT

Plaintiff hereby submits the following report regarding Mediation and Settlement:

1.　　On November 3, 2017, Plaintiff and Defendant reached an agreement regarding the amount of attorneys' fees and expenses to resolve this matter. This agreement was subject to a mutually agreeable settlement agreement.

2.　　Since coming to an agreement as to the fees and costs, Plaintiff's and Defendant's counsel have been negotiating the terms and conditions of the agreement and exchanged several drafts. The parties are still finalizing the terms and conditions of the agreement.

3.　　Plaintiff requests fourteen (14) days to finalize the agreement, or if parties cannot complete the agreement, additional time to mediate the case.

WHEREFORE, Plaintiff respectfully requests that the Court grant the requested enlargement of time to resolve this matter or select a mediator and date, and such other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this 18th day of December, 2017.

Respectfully submitted,

Attorneys for Plaintiff:

Aaron Finesilver, Of Counsel
Thomas B. Bacon, P.A.
100 N. Biscayne Blvd., Suite 1300
Miami, FL 33132
Telephone: (786) 817-3387
Fax: (305) 503-7374
Aaron@finesilverlaw.com
Florida Bar Number: 577022

By: /s/ Aaron Finesilver
    AARON FINESILVER, ESQ.

Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262